# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| STANLEY SEPONSKI AND WENDY SEPONSKI | : | |
|---|---|---|
|    Plaintiffs | : | |
| | : | |
| v. | : | CASE NO. |
| | : | |
| FOREST RIVER, INC. AND CHESACO RV | : | |
|    Defendants | : | |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1
## DISCLOSURE STATEMENT FORM

Please check one box:

[ X ]     The nongovernmental corporate party, Chesaco RV, in the above listed civil action does not have any parent corporation and publicly held corporation(s) that owns 10% or more of its stock.

[ ]     The nongovernmental corporate party, Chesaco RV, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

### PISANO LAW FIRM

                                                         By:     */s/ Matthew T. Pisano*
                                                                            Matthew T. Pisano, Esquire (MP8104)
                                                                            Attorney for Defendants
                                                                            Forest River, Inc. and Chesaco RV

Date:    July 2, 2025